JOHNSTONE, Justice.
ORDER OF AFFIRMANCE ISSUED JUNE 18, 2004, WITHDRAWN.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P., and Union Springs Tel. Co. v. Green, 285 Ala. 114, 117, 229 So.2d 503, 506 (1969), Vaughn v. Thomas, 372 So.2d 1309, 1311 (Ala.1979), and Bailey v. City of Mobile, 292 Ala. 436, 439, 296 So.2d 149, 152 (1974).
LYONS, BROWN, HARWOOD, and WOODALL, JJ., concur.
SEE, J., dissents.
STUART, J., recuses herself.